[No. 72427-4-I. Division One. November 23, 2015.]

*In the Matter of the Marriage of* SCOTT JAMES MCGOWAN, *Appellant*, and YELENA MCGOWAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-09731-5, Sean Patrick O'Donnell, J., entered August 11, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 72503-3-I. Division One. November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARDO OCAMPO BASAVE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00859-8, Susan K. Cook, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.

[No. 72505-0-I. Division One. November 23, 2015.]

KEVIN J. SELKOWITZ, *Appellant*, v. LITTON LOAN SERVICING LP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-24157-4, Mary E. Roberts, J., entered July 24, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Leach, JJ.

[No. 72623-4-I. Division One. November 23, 2015.]

BIG BLUE CAPITAL PARTNERS OF WASHINGTON, LLC, *Appellant*, v. MCCARTHY & HOLTHUS LLP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-35483-7, William L. Downing, J., entered September 29, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.